**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HARDY WAY, LLC, | ) | |
| | ) | Case No.:  20-cv-4854 |
| | ) | |
| | ) | Judge  John Robert Blakey |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, CORPORATIONS, | ) | |
| LIMITED LIABILITY COMPANIES, | ) | |
| PARTNERSHIPS AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED ON | ) | |
| SCHEDULE A HERETO, | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff HARDY WAY, LLC, hereby dismisses with prejudice all causes of action in the complaint against the following Defendants identified in Schedule A.  Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 89 | chanel02 |
| 90 | chanel03 |
| 91 | Chenmingyu0420 |
| 145 | chanel01 |
| 146 | Chanel04 |
| 151 | hhx13420111772 |
| 152 | hkx688463 |
| 153 | Huangksngcal1 |
| 158 | jilaolqi |
| 253 | alex_2016-08 |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter.  Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: October 21, 2020     By:     s/Michael A. Hierl
                                     Michael A. Hierl (Bar No. 3128021)
                                     William B. Kalbac (Bar No. 6301771)
                                     Hughes Socol Piers Resnick & Dym, Ltd.
                                     Three First National Plaza
                                     70 W. Madison Street, Suite 4000
                                     Chicago, Illinois 60602
                                     (312) 580-0100 Telephone
                                     mhierl@hsplegal.com

                                     Attorneys for Plaintiff
                                     HARDY WAY, LLC

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 21, 2020.

                                           s/Michael A. Hierl